

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 5:21-CR- 329 (FJS) |
| | ) | | |
| v. | ) | **Indictment** | |
| | ) | | |
| **RAFAEL RONDON,** | ) | Violation: | 26 U.S.C. §§ 5841, 5861(d) and 5871 [Possession of an Unregistered Firearm] |
| **Defendant.** | ) | | |
| | ) | | |
| | ) | 1 Count and Forfeiture Allegation | |
| | ) | | |
| | ) | County of Offense:   Lewis | |

### THE GRAND JURY CHARGES:
### COUNT 1
### [Possession of Unregistered Firearm]

On or about June 29, 2021, in Lewis County in the Northern District of New York, the defendant,

**RAFAEL RONDON,**

knowingly possessed a firearm, specifically: one Iver Johnson's Arms & Cycle Works 12-gauge shotgun, Champion model, bearing serial number 8572, knowing that the firearm had a barrel length of less than eighteen (18) inches and an overall length of less than twenty-six (26) inches, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 26, United States Code, Section 5861 as set forth in Count One, the defendant, RAFAEL RONDON, shall forfeit to the United States of America, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code,

Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to: one Iver Johnson's Arms & Cycle Works 12 gauge shotgun, Champion model, bearing serial number 8572.

Dated: September 16, 2021

A TRUE BILL, **NAME REDACTED

Grand Jury Foreperson

ANTOINETTE T. BACON
Acting United States Attorney

By: _____
Stephen C. Green
Assistant United States Attorney
Bar Roll No. 507767

_____
Richard R. Southwick
Assistant United States Attorney
Bar Roll No. 506265