UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
            vs.                              5:21-CR-329(FJS)

RAFAEL RONDON,
                          Defendant.

## <u>ORDER AMENDING CONDITIONS OF RELEASE</u>

Presently before the Court is the Defendant's motion to modify conditions of pretrial release. (Dkt. No. 21.)  The Government does not oppose the motion "subject to the understanding and agreement that [the Defendant's] enrollment in school there [Florida] will not be used as a basis for seeking an adjournment of any filing deadlines or court dates." (Dkt. No. 22.)  The Court also obtained additional information from Defendant's Supervising Probation Officer regarding Defendant's request.  Therefore, upon due consideration and for the reasons proffered by Defendant for the request, the Order Setting Conditions of Release, issued on October 1, 2021, for the Defendant (Dkt. No. 9) is hereby modified as follows:

Condition (7)(i) Restrict travel to the Northern District of New York unless approved by Pretrial Services or the Court is hereby modified such that Defendant's travel is restricted to the Northern District of New York and the Southern District of Florida; and

Condition (7)(j) is modified such that upon relocation to the Southern District of Florida, Defendant's authorized address shall be 307 South Compass Drive, Fort Pierce, Florida 34949 for the sole and express purpose of attending a welding program at Indian River State College.  Defendant must remain at that address unless another address in the Southern District of Florida is authorized by Pretrial Services or the Court.  Prior to Defendant's relocation to the said 307 South Compass Drive, Fort Pierce, Florida address, the Defendant must provide satisfactory verification to Pretrial Services of the Northern District

of New York of his enrollment in said welding program.

Defendant must report to Pretrial Services in the Southern District of Florida at a date and time as directed by Pretrial Services, and as directed thereafter.

Defendant shall not be permitted to use his enrollment in said welding program or his relocation to the Southern District of Florida as a basis for seeking an adjournment of any court filing deadlines or court dates.

All other conditions of release set forth in the October 1, 2021, Order Setting Conditions of Release (Dkt. No. 9) remain in full force and effect.

Acknowledged this
_15_ day of March, 2022.

Rafael Rondon, Defendant

Dated:        March _15_, 2022
              Syracuse, New York

**IT IS SO ORDERED.**

Thérèse Wiley Dancks
United States Magistrate Judge