IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:21-CR-329 (FJS) |
| | ) | |
| v. | ) | |
| | ) | U.S. DISTRICT COURT – N.D. OF N.Y. |
| **RAFAEL RONDON** | ) | **FILED** |
| | ) | |
| | ) | **Jun 06 - 2022** |
| **Defendant.** | ) | |
| | | John M. Domurad, Clerk |

ORDER

A.   The Court incorporates into this Order the stipulated facts set forth above and hereby adopts them as findings.

1.   The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether a continuance serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights.  The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial because this delay is necessary in order to allow the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS IT IS HEREBY ORDERED:

A.   A period of sixty (60) days, beginning on and including the date of this Order shall be excludable in computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

B.   The deadline for the completion of discovery by the United States (otherwise due within 14 days of arraignment pursuant to the terms of the Local Rules of Criminal Procedure and the

Criminal Pretrial Order) will be extended by sixty (60) days to _____. The deadline for the completion of reciprocal discovery by the Defendant (otherwise due within 21 days of arraignment pursuant to the terms of the Local Rules of Criminal Procedure and the Criminal Pretrial Order) will be extended by sixty (60) days to _____.

C.   Any pretrial motions in this case shall be filed on or before __July 8, 2022__ and shall be made returnable on __submit__.

D.   The trial in this matter shall begin on __August 8, 2022__ before Senior United States District Judge Frederick J. Scullin, Jr. in Syracuse, New York or, in the alternative, a change of plea shall be entered on or before __August 8, 2022__.

Time is excluded from June 3, 2022 through August 2, 2022.

IT IS SO ORDERED.

Dated and entered this __3rd__ day of June, 2022.

                                                       Hon. Frederick J. Scullin, Jr.
                                                      Senior United States District Judge