**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

July 19, 2022

513 BROADWAY
SARATOGA SPRINGS, NEW YORK 12866
518.587.0551

**KARL J. SLEIGHT**
MEMBER
DIRECT:  518.701.2716
FAX:        518.587.0338
KSLEIGHT@HARRISBEACH.COM

Frederick J. Scullin, Jr.
Senior U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York  13261-7336

Re:   U.S. v. Raphael Rondon; NDNY Docket No. 5:21-CR-329 (FJS)

Dear Judge Scullin:

I am writing to advise the Court of a change in my professional career and employment in support of a request for my client to be assigned new counsel through the Federal Defender's Office.

On June 8, 2022, I advised my law firm Harris Beach, PLLC (the "Firm") that I would be withdrawing as a member of the Firm. My last day of employment with the Firm will be on or before August 8, 2022. As part of the transition process, the Firm advised me that they do not have the capabilities or desire to continue to represent Mr. Rondon.

In addition to the matter pending in this Court, Mr. Rondon has a separate but somewhat related matter pending in the District Court for the District of Columbia before Judge Hogan (Docket No. 21-cr-722). Mr. Rondon was previously approved for assigned counsel in that Court, where he is represented by Nathan Silver, Esq.

I have attached a Financial Affidavit from Mr. Rondon for the Court's review and in support of assigned counsel. Based on my work on this case and understanding of the facts and circumstances, I do not believe that a change of counsel would have any negative impact to the administration of justice. Likewise, I do not believe that a change of counsel for Mr. Rondon would have any negative impact to his rights as a criminal defendant in this matter. I have spoken with Mr. Rondon and he is in favor of a change in counsel.

I have previously advised the Office of the U.S. Attorney of this development. In the event the Court requires a conference concerning this matter, I will make myself available.

Thank you.

Respectfully submitted,

HARRIS BEACH PLLC

*Karl J. Sleight*

Karl J. Sleight

KJS:kh
cc:   AUSA Richard Southwick
        AUSA Stephen Green