# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

| Syracuse Office | Albany Office |
|---|---|
| 4 Clinton Square<br>3RD FLOOR<br>SYRACUSE, NY 13202<br>(315) 701-0080<br>(315) 701-0081 FAX | 54 State Street<br>STE 310<br>ALBANY, NY 12207<br>(518) 436-1850<br>FAX (518) 436-1780 |
| Lisa Peebles<br>Federal Public Defender | Paul Evangelista<br>First Assistant |

August 22, 2022

Hon. Frederick J. Scullin, Jr.
United States District Court
James Hanley Federal Building
100 S. Clinton Street
Syracuse, NY 13261

**RE:    UNITED STATES V. RAFAEL RONDON**
**       CASE NO. 5:21-CR-329 (FJS)**

Dear Judge Scullin:

I'm writing to request a modification of Defendant's pretrial release conditions regarding his residence. Mr. Rondon currently resides at 307 South Compass Drive, Ft. Pierce, Florida with 3 roommates. He would like to move to his grandmother's condominium where he would be living alone while taking care of it for his grandmother. The proposed address is 2400 South Ocean Drive, Catamaran 1, Apt. 2324, Ft. Pierce, Florida. It would be an approximately 700 foot move.

Thank you for your consideration.

Respectfully,
OFFICE OF FEDERAL PUBLIC DEFENDER

By: *s/Randi J. Bianco, Esq.*
    Assistant Federal Public Defender

cc. Richard Southwick, AUSA (via CM/ECF)