IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:21-CR-329 (FJS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RAFAEL RONDON** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

ORDER

A.    The Court incorporates into this Order the stipulated facts set forth above and hereby adopts

them as findings.

1.    The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to

determine whether a continuance serves the ends of justice in a manner that outweighs both the

public interest and the defendant's rights.  The Court finds that pursuant to 18 U.S.C. §

3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best

interests of the public and the defendants in a speedy trial because this delay is necessary in order

to allow the parties the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence.

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS

IT IS HEREBY ORDERED:

A.    A period of forty-five (45) days, beginning on and including the date of this Order shall be

excludable in computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A)

and (h)(7)(B)(iv).

B.    The deadline for the completion of discovery by the United States (otherwise due within

14 days of arraignment pursuant to the terms of the Local Rules of Criminal Procedure and the

Criminal Pretrial Order) will be extended by forty-five (45) days to _____. The deadline for the completion of reciprocal discovery by the Defendant (otherwise due within 21 days of arraignment pursuant to the terms of the Local Rules of Criminal Procedure and the Criminal Pretrial Order) will be extended by forty-five (45) days to

_____.

C.      Any pretrial motions in this case shall be filed on or before _December 2, 2022_____ and shall be made returnable on ____submit_____.

D.      The trial in this matter shall begin on _December 27, 2022_____ before Senior United States District Judge Frederick J. Scullin, Jr. in Syracuse, New York or, in the alternative, a change of plea shall be entered on or before __December 19, 2022__.

   Time is excluded from November 4, 2022 through December 18, 2022.

IT IS SO ORDERED.

Dated and entered this __4th____ day of November, 2022.

_____

Hon. Frederick J. Scullin, Jr.
Senior United States District Judge