# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

November 8, 2022

Hon. Frederick J. Scullin, Jr.
Senior United States District Judge
James Hanley Federal Building
100 S. Clinton Street
Syracuse, NY 13261

**RE:** United States v. Rafael Rondon
Case No.: 5:21-CR-0329 (FJS)

Dear Judge Scullin:

Mr. Rondon is currently on pretrial release and residing in Florida. His parents are flying in and out of the Orlando airport for the Thanksgiving holiday, on November 22nd and November 29th. Mr. Rondon is hereby requesting permission to pick his parents up and drop them off at the airport on these dates.

Thank you for your consideration.

Respectfully,
OFFICE OF FEDERAL PUBLIC DEFENDER

By: *s/Randi J. Bianco, Esq.*
Assistant Federal Public Defender

cc. Richard Southwick, AUSA (via CM/ECF)