# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

March 2, 2023

Hon. Frederick J. Scullin, Jr.
Senior United States District Judge
James Hanley Federal Building
100 S. Clinton Street
Syracuse, NY 13261

**RE:**    **United States v. Rafael Rondon**
           **Case No.: 5:21-CR-0329 (FJS)**

Dear Judge Scullin:

    Mr. Rondon is currently on pretrial release and residing in Florida. He is hereby requesting permission to go and stay with his uncle at 7533 Merchant Road, Plain City, OH 43064 from March 14, 2023 through March 20, 2023.

    Thank you for your consideration.

                                    Respectfully,
                                    OFFICE OF FEDERAL PUBLIC DEFENDER

                                    By: *s/Randi J. Bianco, Esq.*
                                          Assistant Federal Public Defender

cc. Richard Southwick, AUSA (via CM/ECF)