**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

United States of America

vs.  21-CR-329 (FJS)

Rafael Rondon,
                Defendant.

---

### ORDER EXTENDING SURRENDER DATE AND LOCATION

On July 11, 2023, the defendant was sentenced to a term of imprisonment and given a self-surrender date of September 19, 2023 to report to the custody of the Bureau of Prisons. On July 12, 2023, the Judgment was issued.

On September 15, 2023, defendant filed a letter request seeking an extension of his self-surrender date until after October 18, 2023, when he is to be sentenced in U.S. District Court for the District of Columbia before District Judge Cobb.

On October 18, 2023, defendant was scheduled to be sentenced in U.S. District Court for the District of Columbia before District Judge Cobb, however, sentencing on this date did not take place and was rescheduled for November 2, 2023.

The Court **ORDERS** that the defendant now surrender to the custody of the U.S. Marshals Service in Washington, D.C. immediately after his sentencing on November 2, 2023.

All other terms of the judgment remain the same.

**IT IS SO ORDERED**.

October 18, 2023
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge